IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODIS JAMES YOUNG, II,

    Plaintiff,                    No. CIV S-08-2916 GGH P

    vs.

NEW FOLSOM LITIGATION DEPARTMENT,

    Defendant.               <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file a civil rights complaint and an application to proceed in forma pauperis pursuant to the court's order of December 16, 2008. Good cause appearing, the request will be granted. No further extensions of time will be granted but for substantial cause.

        In addition, plaintiff requests that the court provide him with copies of statutes referenced in previous orders. The court will not act as a law library and provide plaintiff with copies of legal materials.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time is granted; and

/////

1

2. Plaintiff is granted thirty days from the date of this order in which to file a civil rights complaint and an application to proceed in forma pauperis. No further extensions of time will be granted.

DATED: February 5, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:md
youn2916.36.sec