IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ODIS JAMES YOUNG, II,

    Plaintiff,                          No. CIV S-08-2916 GGH P

    vs.

NEW FOLSOM LITI. DEPT.,

    Defendant.                     <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        By an order filed February 5, 2009, plaintiff was ordered to file a civil rights complaint and an application to proceed in forma pauperis within thirty days. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed a civil rights complaint and an application to proceed in forma pauperis. ACCORDINGLY, the Clerk of Court is directed to assign a district judge to this case. IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections

1

shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 23, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

youn2916.fff